| | |
|---|---|
| | * |
| | IN THE |
| ATTORNEY GRIEVANCE | * |
| COMMISSION OF MARYLAND | SUPREME COURT |
| | * |
| | OF MARYLAND |
| v. | * |
| | AG Docket No. 4 |
| JAMES ROGER HARDY, II | * |
| | September Term, 2024 |

## CORRECTED ORDER

Upon consideration of the joint petition to suspend the respondent from the practice of law for 120 days, *nunc pro tunc* to October 25, 2022, it is this 25th day of July 2024, by the Supreme Court of Maryland,

ORDERED that the Respondent is suspended for 120 days, *nunc pro tunc* to October 25, 2022, and it is further

ORDERED that, pursuant to Rule 19-751, the respondent is reinstated to the Bar of Maryland *nunc pro tunc* to February 23, 2023.



   /s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

The correction notice(s) for this opinion(s) can be found here:

https://mdcourts.gov/sites/default/files/import/appellate/correctionnotices/coa/4a24agcn.pdf